**Fill in this information to identify the case:**

Debtor name Affordable Mechanix, LLC

United States Bankruptcy Court for the: Western District of Louisiana (State)

Case number (If known): 26-11490

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Barksdale Federal Credit Union<br>2701 Village Lane<br>Bossier City, LA 71112 | | Deficiency Balance | | | | 120,000.00 |
| 2 | Louisiana Department of Revenue<br>POB 66658<br>Baton Rouge, LA 70896 | | Taxes | | | | 114126.97 |
| 3 | Caddo Shreveport Sales & Use Tax Commission<br>3300 Dee Street<br>Shreveport, LA 71105 | | Taxes | | | | 67197.29 |
| 4 | Chetu, Inc.<br>1500 Concord Ter<br>Suite 100<br>Fort Lauderdale, FL 33323 | | Unsecured Judgment | | | | 43793.26 |
| 5 | Carrol Tire c/o National Tire Wholesale<br>4260 Design Center Drive<br>West Palm Beach, FL 33410 | | | | | | 36,770.57 |
| 6 | XL Parts, LLC<br>2002 Claiborne Avenue<br>Shreveport, LA 71103 | | | | | | 17,243.01 |
| 7 | Quickbooks c/o Inuit Inc.<br>2700 Coast Avenue<br>Mountain View, CA 94043 | | | | | | 14,606.88 |
| 8 | Internal Revenue Service<br>P.O. Box 7348<br>Philadelphia, PA 19101 | | Taxes | | | | 5629.96 |